IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
KEVIN JAMES CLIFTON ) 09-07371-GCP
)

## NOTICE OF CHANGE OF DEBTOR'S ADDRESS

COMES NOW the debtors, by and through counsel, and hereby gives notice that his/her/their mailing address has changed as follows:

KEVIN JAMES CLIFTON
AND
JULIETTE CROSBY CLIFTON
PO BOX 101
THOMPSONS STATION, TN 37179

Respectfully submitted 17 August, 2009.

/s/ Nick Burgett, 023232
Nick Burgett, 023232
Clark & Washington P.C.
Attorney for Debtor(s)
237 French Landing
Nashville, TN 37228
615-494-0239; Fax 615-251-9782
Email:

## CERTIFICATE OF SERVICE
EVA MARIE LEMEH
4300 KINGS LANE
NASHVILLE, TN 37218

I hereby certify that a true and correct copy of the foregoing has forwarded via first class mail, postage pre-paid, to the U.S. Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203, Henry Edward Hildebrand, III, Chapter 13 Trustee, PO Box 190664, Nashville, TN 37219, and to the Debtor 5610 Old Hickory Boulevard, Apartment B-10, Hermitage, TN 37076, this the 17 April 2006.

/s/ Nick Burgett, 023232
/s/ Nick Burgett, 023232
Clark & Washington P.C.
Attorney for Debtor(s)
237 French Landing
Nashville, TN 37228
615-494-0239; Fax 615-251-9782
Email: